**STATE of Missouri, Respondent,**

v.

**Steven STIPANCICH, Appellant.**

**No. WD40319.**

Missouri Court of Appeals,
Western District.

March 7, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1989.

Application to Transfer Denied
June 13, 1989.

John E. Cash, Kansas City, for appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., CLARK and NUGENT, JJ.

## ORDER

PER CURIAM:

Direct appeal from a conviction for two counts of tampering, in violation of § 569.080, RSMo 1986, and from a conviction for two counts of receiving stolen property, in violation of § 570.080, RSMo 1986.

JUDGMENT AFFIRMED. Rule 30.-25(b).